## 10701.  WEAVER v. THE STATE.

The rule requiring corroboration of the testimony of an accomplice does not apply to misdemeanor cases.

DECIDED OCTOBER 14, 1919.

Accusation of larceny; from city court of Millen—Judge Dekle. June 2, 1919.

*A. S. Anderson, Earl V. Norman,* for plaintiff in error.

BROYLES, C. J.   The only point argued in the brief of counsel for the plaintiff in error is that the defendant was illegally convicted because the only testimony connecting him with the offense charged was that of uncorroborated accomplices.   The rule of law that the defendant in a criminal case can not legally be convicted upon the uncorroborated testimony of an accomplice (Penal Code, § 1017) does not apply to misdemeanor cases.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

## 10705.  CLINE v. THE STATE.

BLOODWORTH, J.   1. In the excerpts from the charge of which complaint is made we find no error.

2. The verdict is supported by some evidence, has the approval of the trial judge, and, under the law governing this court, the judgment must be

*Affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 14, 1919.

Indictment for manufacture of intoxicating liquor; from Cherokee superior court—Judge Morris.   May 10, 1919.

*John S. Wood,* for plaintiff in error.

*John T. Dorsey, solicitor-general, William Butt,* contra.